# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CV F 06-751 AWI LJO P |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| SIX UNKNOWN AGENTS, | |
| Defendants. / | |

    Young Yil Jo ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On June 14, 2006, Plaintiff filed the instant action naming Six Unknown Agents as Defendants. Plaintiff's allegations are unclear. This action was assigned case number CV F 06-751 AWI LJO P.  However, upon review of this case, the Court has concluded that the action submitted on June 14, 2006, is identical to that filed by Plaintiff on June 13, 2006, and assigned case number CV F 06-742 OWW SMS P.

    Accordingly, in light of the duplicative nature of the instant action to the action filed on June 13, 2006, the Court HEREBY ORDERS the instant action DISMISSED as duplicative.  The Clerk of Court is DIRECTED to terminate this case in accordance with this Order.

IT IS SO ORDERED.

**Dated:   July 22, 2006**        /s/ Anthony W. Ishii
0m8i78                             UNITED STATES DISTRICT JUDGE